IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10350
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

STEVEN SHAWN TYSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CR-53-1
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Steven Shawn Tyson appeals his sentence following his conviction for mailing a threatening communication, 18 U.S.C. § 876.  He argues that the district court erred by failing to award him a downward adjustment in his offense level based upon acceptance of responsibility.  We have reviewed the record and the briefs of the parties, and we hold that the district court did not clearly err in its determination that Tyson's conduct did not merit the acceptance-of-responsibility adjustment.  See United States v. Watson, 988 F.2d 544, 551 (5th Cir. 1993).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.